GRANT C. JAQUITH
United States Attorney

Sergei Aden
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
212-264-2026
Sergei.Aden@ssa.gov
Bar No. 517159

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA S. KUZNIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 5:18-cv-01070-DEP<br><br>**STIPULATION AND ORDER REGARDING PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

      IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that Plaintiff is awarded six thousand one hundred twenty-five dollars ($6,125.00) in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. Payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

            GRANT C. JAQUITH
            United States Attorney

By: */s/ Sergei Aden*
   SERGEI ADEN
   Special Assistant U.S. Attorney
   Bar No. 517159

   DATE: November 19, 2019

   HOWARD D. OLINSKY, ESQ.
   Bar No. 102297
   Olinsky Law Group
   250 South Clinton Street
   Ste 210
   Syracuse, NY 13202
   315-701-5780
   Fax: 315-701-5781
   Email: holinsky@windisability.com

   DATE: 11/19/2019

SO ORDERED:

HONORABLE DAVID E. PEEBLES
UNITED STATES MAGISTRATE JUDGE

DATE: November 21, 2019